JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SSC NEWPORT BEACH OPERATING COMPANY LP dba FLAGSHIP HEALTHCARE CENTER, a Delaware Corporation, and DOES 1-150, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00886-CJC (ROAx)<br><br>**ORDER GRANTING REMAND OF CASE TO ORANGE COUNTY SUPERIOR COURT**<br><br>Presiding Judge: Cormac J. Carney<br>Magistrate Judge: Rozella A. Oliver |

**ORDER RE REMAND**

**ORDER**

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, the following is HEREBY ORDERED:

1. The Action shall be remanded to the Orange County Superior Court for the State of California, County of Orange.

**IT IS SO ORDERED.**

Dated: November 27, 2019

By: _____
Honorable Cormac J. Carney
United States District Judge